COPY

## IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

**VENECIA DRENNON,**

     **Plaintiff(s),**

**vs.**

                               **No.:**

                               **JURY DEMAND**

**RAQWAN WATSON**
**and JACK TRUCKING, LLC.,**

     **Defendant(s).**

## COMPLAINT

     Your Plaintiff(s), for cause of action against the Defendant(s), would respectfully show unto this Honorable Court the following:

### JURISDICTION and VENUE

1. Plaintiff, VENECIA DRENNON, is a citizen and resident of Nashville, Davidson County, Tennessee and submits herself to the jurisdiction and venue of this court, for the purpose of prosecuting this action.

2. Based upon information and belief, Defendant, RAQWAN WATSON, is a citizen and resident of Raleigh, Wake County, North Carolina and submits himself to the jurisdiction and venue of this court by virtue of having operated a motor vehicle in the county complained of herein.

3. Based upon information and belief, Defendant, JACK TRUCKING LLC is a/an corporation with its principal place of business located at 6400 Starbrook Drive, Fayetteville, Cumberland County, North Carolina. Defendant, JACK TRUCKING LLC,

can be served through its registered agent: David Duke, 3101 Glenwood Avenue, Raleigh, North Carolina, 27612.

4. Defendant, JACK TRUCKING LLC, is subject to the jurisdiction and venue of this court by being an owner of the vehicle operated by Defendant, RAQWAN WATSON.

5. Defendant, RAQWAN WATSON, was an employee or agent of Defendant, JACK TRUCKING LLC, at all relevant times.

6. Based upon information and belief, Defendant, RAQWAN WATSON,, was at all relevant times an authorized agent and/or representative of Defendant, JACK TRUCKING LLC, doing the business of Defendant, JACK TRUCKING LLC, and in the course and scope of employment with Defendant, JACK TRUCKING LLC. Wherefore, Defendant, JACK TRUCKING LLC, is and should be held liable for the negligent acts and omissions of Defendant, RAQWAN WATSON, as alleged herein.

7. At all times relevant hereto Defendant, JACK TRUCKING LLC, was acting by and through its employees/agents and is responsible for the acts of those employees and agents pursuant to respondent superior, agency or similar theory of law.

## OCCURRENCE GIVING RISE TO ACTION

8. On September 28, 2020, at approximately 09:22am, a collision occurred on Jefferson Street near the Rosa Parks Boulevard intersection, in Nashville, Davidson County, Tennessee, between a black 2015 Ford Fusion operated and owned by Plaintiff, VENECIA DRENNON, and a white 2000 FRIEGHT SEMI operated by Defendant, RAQWAN WATSON and owned by Defendant, JACK TRUCKING LLC.

COPY

9. At said date, time, and place, Plaintiff, VENECIA DRENNON, was stopped directly behind Defendants vehicle in the far right turn lane on Jefferson Street approaching Rosa Parks Boulevard when the Defendant, RAQWAN WATSON, began to back the vehicle up causing the rear of his vehicle to impact with the front of Plaintiffs vehicle.

## ALLEGATIONS OF NEGLIGENCE

10. Defendant, RAQWAN WATSON, was then and there negligent in that they were driving in a reckless manner; and failed to keep vehicle under due and reasonable control without regard for the safety of the public in general, and your Plaintiff(s) in particular.

11. Defendant, RAQWAN WATSON, was further guilty of negligence per se in that he violated the following statutes of the Tennessee Code Annotated:

*§55-10-205. Reckless Driving*. --(a) Any person who drives any vehicle in willful or wanton disregard for the safety of persons or property is guilty of reckless driving.

*§55-8-136. Drivers to exercise due care*...(b) Notwithstanding any speed limit or zone in effect at the time, or right of way rules that may be applicable, every driver of a motor vehicle shall exercise due care to avoid colliding with another motor vehicle, either being driven or legally parked, upon any roadway, or any road sign, guard rail or any fixed object legally placed within or beside the roadway right of way, by operating such motor vehicle under proper control and by devoting full time and attention to operating such motor vehicle, under the existing circumstances to avoid endangering life, limb or property.

*§55-8-103. Required obedience to traffic laws - Penalty*. It is unlawful and, unless otherwise declared...it is a Class C misdemeanor, for any person to do any act forbidden or fail to perform any act required in this chapter and chapter 10 of this title...

*§55-8-123. Driving on roadways laned for traffic*. Whenever any roadway has been divided into two (2) or more clearly marked lanes for traffic, the following rules, in addition to all others consistent herewith, shall apply: (1) A vehicle shall be driven as nearly as practicable entirely within a single lane and shall not be moved from such lane until the driver has first ascertained that such movement can be made with safety...

12. At said date, time and place, Defendant, RAQWAN WATSON, violated Tennessee Code Annotated: *§55-10-205, §55-8-136, §55-8-103, and §55-8-123.*

13. Defendant, JACK TRUCKING LLC, was further guilty of negligence per se in that it violated one or more sections of the Federal Motor Carrier Safety Regulations ("FMCSR"), which can be found at 49 C.F.R. sections 301 to 399 either directly or as adopted by the Tennessee Department of Transportation Safety Rules and Regulations sections 1340-6-1-20 pursuant to Sections 65-2-102 and 65-15-113 of the Tennessee Code.

14. Upon information and belief, Defendant, JACK TRUCKING LLC, and/or their affiliates under common or overlapping ownership, management and/or control own the vehicle operated by Defendant, RAQWAN WATSON, at the time of the accident referenced herein. This Defendant, JACK TRUCKING LLC, negligently entrusted the vehicle to a motor carrier and/or operator that it knew or should have known could not be relied upon to use it safely and failed to properly inspect, maintain and repair the truck while it was in use thereafter.

15. Upon information and belief, Defendant, JACK TRUCKING LLC, their affiliates knew, or in the exercise of reasonable care should have known, that Defendant, RAQWAN WATSON, to whom the vehicle was entrusted, did not make reasonable efforts to comply with applicable Federal Motor Carrier Safety Regulations and did not have management practices in place to properly screen, qualify and supervise their drivers and/or to safely maintain their equipment during intervals between scheduled maintenance

16. Defendant, JACK TRUCKING LLC, is responsible for the negligent acts and/or omissions of Defendant, RAQWAN WATSON, under what is known as respondeat

<u>superior</u>, which makes an employer responsible for the negligence of its employees, under Tennessee law and under the FMCSRs at 49 C.F.R. section 390.5.

17. Defendant, JACK TRUCKING LLC, was also negligent in regard to the collision in the following ways:

    a.  negligently hiring Defendant, RAQWAN WATSON,, to drive a tractor-trailer;

    b.  negligently training Defendant, RAQWAN WATSON,, to drive a tractor-trailer;

    c.  negligently retaining Defendant, RAQWAN WATSON,, to drive a tractor-trailer;

    d.  negligently supervising Defendant, RAQWAN WATSON, to drive a tractor-trailer;

    e.  failing to use due care with regard to Defendant, RAQWAN WATSON.

18. Defendant, JACK TRUCKING LLC, is the sole owner of the tractor trailer being driven by Defendant, RAQWAN WATSON at all relevant times listed herein.

19. The negligence of Defendants by violation of the statutes and as set out in the common law, constituted the proximate cause of the said collision and of the injuries and damages to your Plaintiffs as set out below.  The acts and omissions of  wanton, willful, and demonstrated gross disregard of public safety and the safety of Plaintiff(s) in particular.

## **DAMAGES**

20. As a direct and proximate result of said vehicular accident, Plaintiff, VENECIA DRENNON, sustained severe, permanent, and painful personal injuries from which she has endured and shall continue to endure pain, suffering, emotional duress, and the loss

COPY

of ability to participate in and enjoy the pleasures of life, for all of which she deserves to be compensated.

21.  As a direct and proximate result of said vehicular accident, Plaintiff, VENECIA DRENNON, has incurred and shall continue to incur medical expenses for which she deserves to be compensated.

## WHEREFORE, PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

A)      For process to issue and be served upon the Defendant(s), requiring Defendant(s) to answer the allegations hereof;

B)      For a money judgment in favor of Plaintiff, VENECIA DRENNON, against the Defendant(s) in the amount of One Hundred Thousand Dollars ($100,000.00);

C)      For a jury of twelve to try this cause; and

D)      For costs to be taxed to the Defendant(s).

Respectfully submitted,

BART DURHAM INJURY LAW

By:

BLAIR DURHAM, #021453
AARON WOODARD #24807
Attorneys for Plaintiff
404 James Robertson Parkway
1712 Parkway Towers
Nashville, Tennessee 37219
(615) 242-9000

COPY

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

Service ID 249170

# STATE OF TENNESSEE
# DAVIDSON COUNTY
## 20ᵀᴴ JUDICIAL DISTRICT

VENECIA DRENNON

                                                    **Plaintiff**

vs.

JACK TRUCKING, LLC.
C/O DAVID DUKE
3101 GLENWOOD AVE
RALEIGH, NC 27612

                                                    **Defendant**

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
    Secretary of State

Service ID 249170

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED:  08/25/2021

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By: *Po Stone*

Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

AARON B. WOODARD, ESQ.
404 JAMES ROBERTSON PARKWAY
SUITE 1712
NASHVILLE, TN 37219

NOTICE TO THE DEFENDANT:
Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## CERTIFICATION

STATE OF TENNESSEE        )
COUNTY OF DAVIDSON       )

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

Rev. 09/01/2018

COPY



RICHARD R. ROOKER, CLERK

By: *C Stone*                    D.C.

 To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 249170

Rev. 09/01/2018

COPY

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

Service ID

# STATE OF TENNESSEE
# DAVIDSON COUNTY
## 20 TH JUDICIAL DISTRICT

VENECIA DRENNON

                                                         Plaintiff

vs.

JACK TRUCKING, LLC.
C/O DAVID DUKE
3101 GLENWOOD AVE
RALEIGH, NC 27612

                                               Defendant

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
  Secretary of State

Service ID 249170

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, 20___, I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the Summons and a copy of the Complaint/Petition in Docket No. 21C1442 to the Defendant, JACK TRUCKING, LLC. . On the _____ day of _____, 20___, I received the return receipt for said registered or certified mail, which had been signed by _____ on the _____ day of _____, 20___. Said return receipt is filed with the original Summons Return and both documents are being sent herewith to the Circuit Court Clerk for filing.

_____

SWORN TO AND SUBSCRIBED BEFORE ME, ON THIS
PERSON

_____ DAY OF _____, 20_____.

                  PLAINTIFF, PLAINTIFF'S ATTORNEY or OTHER

                  AUTHORIZED BY STATUTE TO SERVE PROCESS

_____
_____ NOTARY PUBLIC or _____DEPUTY CLERK
MY COMMISSION EXPIRES: _____

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Rev. 09/01/2018

COPY

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

# STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20™ JUDICIAL DISTRICT

Service ID 249171

|  |  |
|---|---|
| VENECIA DRENNON | CIVIL ACTION |
|  | DOCKET NO. 21C1442 |
|  | Method of Service: |
| Plaintiff | Secretary of State |
| vs. |  |
| RAQWAN WATSON |  |
| 14100 RENAISSANCE LANE |  |
| RALEIGH, NC 27614 |  |
| Defendant |  |

Service ID 249171

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED: 08/25/2021

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By: *C. Stone*

_____
Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

AARON B. WOODARD, ESQ.
404 JAMES ROBERTSON PARKWAY
SUITE 1712
NASHVILLE, TN 37219

---

**NOTICE TO THE DEFENDANT:**

Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

---

## CERTIFICATION

STATE OF TENNESSEE  )
COUNTY OF DAVIDSON  )

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

Rev. 09/01/2018

COPY

EFILED 08/25/21 01:45 PM CASE NO. 21C1442 Richard R. Rooker, Clerk



RICHARD R. ROOKER, CLERK

By: *C Stone*                D.C.

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 249171

EFILED  08/25/21 01:45 PM  CASE NO. 21C1442  Richard R. Rooker, Clerk

CIRCUIT COURT SUMMONS                                      NASHVILLE, TENNESSEE

## STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20 TH  JUDICIAL DISTRICT

Service ID

VENECIA DRENNON

                                                        Plaintiff

vs.

RAQWAN WATSON
14100 RENAISSANCE LANE
RALEIGH, NC 27614

                                                        Defendant

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
  Secretary of State

Service ID 249171

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, 20___, I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the Summons and a copy of the Complaint/Petition in Docket No. 21C1442 to the Defendant, RAQWAN WATSON . On the _____ day of _____, 20___, I received the return receipt for said registered or certified mail, which had been signed by _____ on the _____ day of _____, 20___. Said return receipt is filed with the original Summons Return and both documents are being sent herewith to the Circuit Court Clerk for filing.

_____

SWORN TO AND SUBSCRIBED BEFORE ME, ON THIS
PERSON
_____ DAY OF _____, 20____.

PLAINTIFF, PLAINTIFF'S ATTORNEY or OTHER

AUTHORIZED BY STATUTE TO SERVE PROCESS

_____
_____  NOTARY PUBLIC or _____DEPUTY CLERK
MY COMMISSION EXPIRES: _____

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

COPY



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

HON. RICHARD ROOKER
PO BOX 196303
NASHVILLE, TN 37219-6303

10/06/2021
Case #: **21C1442**
Certified #: **9489009000276342773448**

RE: **VENECIA DRENNON**

VS: **RAQW WATSON, JACK TRUCKING, LLC**

Dear Clerk,

Enclosed are the following papers in the above styled case:

☑ Original Summons

☑ Affidavit and Endorsement

☐ Registered or Certified Return Receipt signed by:


☐ Registered or Certified letter returned refused

☑ Registered or Certified letter returned undelivered with notation:

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

Sincerely,

*Tre Hargett*

Tre Hargett
Secretary of State

Enclosures: Original Documents

SS-4210 (Rev. 8/15)

RDA 1003

EFILED 10/15/21 09:14 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

COPY



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## AFFIDAVIT AND ENDORSEMENT

Case #: **21C1442**                                                     10/06/2021

Certified #: **9489009000276342773448**                        SOS Summons #: 11313251

RE: **VENECIA DRENNON**

VS: **RAQW WATSON, JACK TRUCKING, LLC**

    I, <u>MICHELLE HOLLOWAY</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

    That on <u>08/30/2021</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>WATSON, RAQWAN</u>
whose address is: <u>14100 RENAISSANCE LANE, RALEIGH, NC  27614</u>,
and that on <u>09/01/2021</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

    I further make oath that the registered or certified letter was not delivered but was returned to my office on <u>09/30/2021</u> containing the notation "RETURN TO SENDERINSUFFICIENT ADDRESSUNABLE TO FORWARD" and returned to <u>DAVIDSON COUNTY - CIRCUIT COURT of NASHVILLE, TN</u> on <u>10/06/2021</u>.

Tre Hargett
Secretary of State

By: _____

Sworn to and subscribed before me this

_6th_ day of _October_ , 20 _21_

<u>Nichole Hambrick</u>
Notary Public

My Commission Expires: _1-8-2024_



SS-4205(Rev. 9/15)                                                                 RDA 1003

EFILED 10/15/21 09:14 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

**Business Services Division**
**Secretary of State Tre Hargett**

**State of Tennessee**
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243-1102

Label 890-PB, Oct. 2015
Pitney Bowes

WATSON, RAQWAN
14100 RENAISSANCE LANE
RALEIGH, NC 27614

NIXIE        274    SE  1        0209/24/21

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

COPY

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

## STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20TH JUDICIAL DISTRICT

Service ID 249171

Service ID 249171

VENECIA DRENNON

Plaintiff

vs.

RAQWAN WATSON
14100 RENAISSANCE LANE
RALEIGH, NC 27614

Defendant

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
    Secretary of State

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED:  08/25/2021

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By: *P. Stone*

Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

AARON B. WOODARD, ESQ.
404 JAMES ROBERTSON PARKWAY
SUITE 1712
NASHVILLE, TN 37219

**NOTICE TO THE DEFENDANT:**
Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## CERTIFICATION

STATE OF TENNESSEE    )
COUNTY OF DAVIDSON    )

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

rev. 09/01/2018

EFILED 10/15/21 09:14 AM  CASE NO. 21C1442  Richard R. Rooker, Clerk

COPY

EFILED 08/25/21 01:45 PM CASE NO. 21C1442 Richard R. Rooker, Clerk



RICHARD R. ROOKER, CLERK

By: *C Stone* D.C.

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 249171

rev. 09/01/2018

COPY



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
## State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

HON RICHARD ROOKER
PO BOX 196303
NASHVILLE, TN 37219-6303

10/13/2021
Case #:**21C1442**
Certified #:**9489009000276342773431**

RE: **VENECIA DRENNON**

VS: **RAQWAN WATSON AND JACK TRUCKING, LLC**

Dear Clerk,

Enclosed are the following papers in the above styled case:

☑ Original Summons

☑ Affidavit and Endorsement

☐ Registered or Certified Return Receipt signed by:

☐ Registered or Certified letter returned refused

☑ Registered or Certified letter returned undelivered with notation:

RETURN TO SENDER / NOT DELIVERABLE AS ADDRESSED / UNABLE TO FORWARD

Sincerely,

*Tre Hargett*

Tre Hargett
Secretary of State

EFILED 10/19/21 08:57 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

Enclosures: Original Documents

SS-4210 (Rev 8/15)                                                                 RDA 1003

COPY



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## AFFIDAVIT AND ENDORSEMENT

Case #: **21C1442**                                                          10/13/2021

Certified #: **9489009000276342773431**                    SOS Summons #: 11313190

RE: **VENECIA DRENNON**

VS: **RAQWAN WATSON AND JACK TRUCKING, LLC**

I, <u>DAWN WHITTAKER</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

That on <u>08/30/2021</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>JACKING TRUCKING, LLC AKA/POE: C/O DAVID DUKE</u>
whose address is: <u>3101 GLENWOOD AVE, RALEIGH, NC 27612</u>,
and that on <u>09/01/2021</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

I further make oath that the registered or certified letter was not delivered but was returned to my office on <u>10/12/2021</u> containing the notation "RETURN TO SENDER / NOT DELIVERABLE AS ADDRESSED / UNABLE TO FORWARD" and returned to <u>DAVIDSON COUNTY - CIRCUIT COURT of NASHVILLE, TN</u> on <u>10/13/2021</u>.

*Tre Hargett*
Tre Hargett
Secretary of State

By: *Dawn Whittaker*

Sworn to and subscribed before me this
13th day of *October*, 20 21

*Jacqueline K. Krantz*
Notary Public

My Commission Expires *January 3, 2023*

STATE
OF
TENNESSEE
NOTARY
PUBLIC
JACQUELINE K. KRANTZ
DAVIDSON COUNTY

SS-4205(Rev 9/15)                                                          RDA 1003

EFILED 10/19/21 08:57 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

COPY





**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

**Tre Hargett**
Secretary of State

DAVIDSON COUNTY CIRCUIT COURT CLERK
PO BOX 196303
NASHVILLE, TN 37219-6303

## Receipt Detail

Receipt ID        006597783
Receipt Date      08/31/2021
Receipt Total     $20 00

| Item | Description | Check/Ref # | DLN # | Price | # | Amount |
|------|-------------|-------------|-------|-------|---|--------|
| Summons | Summons | 11313190 | | $20 00 | 1 | $20 00 |
| Payment-Check/MO | DAVIDSON COUNTY CIRCUIT COURT CLERK, NASHVILLE, TN | 144085 | ██████████ | $20 00 | 1 | ($20 00) |



EFILED 10/19/21 08:57 AM  CASE NO. 21C1442  Richard R. Rooker, Clerk

Phone (615) 741-2286 * Fax (615) 741-7310 * Website  http //tnbear tn gov/

COPY

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

# STATE OF TENNESSEE
# DAVIDSON COUNTY
# 20TH JUDICIAL DISTRICT

Service ID 249170

| | |
|---|---|
| VENECIA DRENNON | CIVIL ACTION |
| | DOCKET NO 21C1442 |
| **Plaintiff** | Method of Service |
| | Secretary of State |
| vs. | |
| JACK TRUCKING, LLC. | |
| C/O DAVID DUKE | |
| 3101 GLENWOOD AVE | |
| RALEIGH, NC 27612 | |
| | |
| **Defendant** | |

To the above named Defendant

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P O Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED: 08/25/2021

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By: *Po Stone*
_____
Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF

AARON B. WOODARD, ESQ.
404 JAMES ROBERTSON PARKWAY
SUITE 1712
NASHVILLE, TN 37219

**NOTICE TO THE DEFENDANT**
Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000 00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court The list may be filed at any time and may be changed by you thereafter as necessary, however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list Certain items are automatically exempt by law and do not need to be listed these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books Should any of these items be seized, you would have the right to recover them If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## CERTIFICATION

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

I, Richard R Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case

rev. 09/01/2018

COPY

RICHARD R. ROOKER, CLERK

By: *C. Stone*                    D C



 To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 249170

COPY

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

# STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20 ᵀᴴ JUDICIAL DISTRICT

Service ID

VENECIA DRENNON

                                                         CIVIL ACTION
                                                         DOCKET NO. 21C1442
                                                         Method of Service
                                                          Secretary of State

                                           Plaintiff

vs.

JACK TRUCKING, LLC.
C/O DAVID DUKE
3101 GLENWOOD AVE
RALEIGH, NC 27612

                                           Defendant

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, 20___, I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the Summons and a copy of the Complaint/Petition in Docket No. 21C1442 to the Defendant, JACK TRUCKING, LLC   On the _____ day of _____, 20___, I received the return receipt for said registered or certified mail, which had been signed by _____ on the _____ day of _____, 20___. Said return receipt is filed with the original Summons Return and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME, ON THIS
PERSON
_____ DAY OF _____, 20____

PLAINTIFF, PLAINTIFF'S ATTORNEY or OTHER

AUTHORIZED BY STATUTE TO SERVE PROCESS

_____  NOTARY PUBLIC or ____DEPUTY CLERK
MY COMMISSION EXPIRES _____

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 249170

EFILED 10/19/21 08:57 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

rev. 09/01/2018

COPY

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

Service ID 271088

## STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20 TH JUDICIAL DISTRICT

Alias Summons

DRENNON, VENECIA

vs.                                          Plaintiff

WATSON, RAQWAN
7689 BEVERLY DRIVE
FAYETTEVILLE, NC 28314

                                             Defendant

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
  Secretary of State

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED: 01/07/2022

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By: _____

Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

AARON B. WOODARD, ESQ.
404 JAMES ROBERTSON PARKWAY
SUITE 1712
NASHVILLE, TN 37219

NOTICE TO THE DEFENDANT:

Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

### CERTIFICATION

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

Service ID 271088

COPY



RICHARD R. ROOKER, CLERK

By: _____ D.C.

 To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 271088

rev. 09/01/2018

EFILED 01/07/22 03:28 PM CASE NO. 21C1442 Richard R. Rooker, Clerk

CIRCUIT COURT SUMMONS                                          NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20 TH JUDICIAL DISTRICT**

Alias Summons

Service ID 271088

Service ID 271088

DRENNON, VENECIA

                                                    Plaintiff

vs.

WATSON, RAQWAN
7689 BEVERLY DRIVE
FAYETTEVILLE, NC 28314

                                                    Defendant

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
 Secretary of State

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, 20___, I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the Summons and a copy of the Complaint/Petition in Docket No. 21C1442 to the Defendant, WATSON, RAQWAN . On the _____ day of _____, 20___, I received the return receipt for said registered or certified mail, which had been signed by _____ on the _____ day of _____, 20___. Said return receipt is filed with the original Summons Return and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME, ON THIS PERSON

_____ DAY OF _____, 20____.

_____
      PLAINTIFF, PLAINTIFF'S ATTORNEY or OTHER

      AUTHORIZED BY STATUTE TO SERVE PROCESS

_____
_____ NOTARY PUBLIC or _____DEPUTY CLERK
MY COMMISSION EXPIRES: _____

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Rev. 09/01/2018

EFILED 01/07/22 03:28 PM CASE NO. 21C1442 Richard R. Rooker, Clerk

CIRCUIT COURT SUMMONS                                    NASHVILLE, TENNESSEE

## STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20 TH JUDICIAL DISTRICT

Alias Summons

Service ID 271089

DRENNON, VENECIA

                                                        Plaintiff

vs.

JACK TRUCKING, LLC.
DAVID DUKE
3101 GLENWOOD AVENUE SUITE 200
RALEIGH, NC 27612

                                                        Defendant

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
  Secretary of State

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED:  01/07/2022

                                        RICHARD R. ROOKER
                                        Circuit Court Clerk
                                        Davidson County, Tennessee

                                By:  _____

                                        Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

  AARON B. WOODARD, ESQ.
  404 JAMES ROBERTSON PARKWAY
  SUITE 1712
  NASHVILLE, TN 37219

NOTICE TO THE DEFENDANT:
Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## CERTIFICATION

STATE OF TENNESSEE        )
COUNTY OF DAVIDSON       )

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

Rev. 09/01/2018

Service ID 271089

COPY

RICHARD R. ROOKER, CLERK

By: _____ D.C.

 To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 271089

Rev. 09/01/2018

COPY



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## AFFIDAVIT AND ENDORSEMENT

Case #: **21C1442**                                                                                    02/11/2022

Certified #: **9489009000276343147842**                                          SOS Summons #: 11844890

RE: **DRENNON, VENECIA**

VS: **WATSON, RAQWAN**

I, <u>JAMIE BURNETT</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

That on <u>01/12/2022</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>WATSON, RAQWAN</u>
whose address is: <u>7689 BEVERLY DRIVE, FAYETTEVILLE, NC  28314</u>,
and that on <u>01/17/2022</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on <u>02/09/2022</u>, and returned to  <u>DAVIDSON COUNTY -</u>
<u>CIRCUIT COURT of NASHVILLE, TN</u> on <u>02/11/2022</u>.

*Tre Hargett*
Tre Hargett
Secretary of State

By: *Jamie Burnett POA*

Sworn to and subscribed before me this

<u>10th</u> day of <u>February</u> , 20<u>22</u>

Notary Public

My Commission Expires: <u>1-8-24</u>



SS-4201(Rev. 9/15)                                                                                              RDA 1003

EFILED  02/17/22 10:10 AM  CASE NO. 21C1442  Richard R. Rooker, Clerk

COPY

 **UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/31/2022

TN SECRETARY OF STATE:

The following is the delivery information for Certified Mail™ item number 9489 0090 0027 6343 1478 42. Our records indicate that this item was delivered on 01/25/2022 at 03:11 p.m. in FAYETTEVILLE, NC 28314. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Watson*
*DS R·22 C49*

Address of Recipient :

*7589 Beverly*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      21C1442

EFILED  02/17/22 10:10 AM  CASE NO. 21C1442  Richard R. Rooker, Clerk

COPY

CIRCUIT COURT SUMMONS                                          NASHVILLE, TENNESSEE

                                                                    *Alias Summons*

Service ID 271088

# STATE OF TENNESSEE
# DAVIDSON COUNTY
# 20TH JUDICIAL DISTRICT

DRENNON, VENECIA                                    | CIVIL ACTION
                                                    | DOCKET NO. 21C1442
                                       **Plaintiff** | Method of Service:
                                                    |   Secretary of State
vs.

WATSON, RAQWAN
7689 BEVERLY DRIVE
FAYETTEVILLE, NC 28314

                                       **Defendant**

Service ID 271088

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED: 01/07/2022

                                          RICHARD R. ROOKER
                                          Circuit Court Clerk
                                          Davidson County, Tennessee

                                  By: _____

                                          _____
                                                Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

AARON B. WOODARD, ESQ.
404 JAMES ROBERTSON PARKWAY
SUITE 1712
NASHVILLE, TN 37219

---

**NOTICE TO THE DEFENDANT:**

Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

---

## CERTIFICATION

STATE OF TENNESSEE  )
COUNTY OF DAVIDSON  )

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

2022 JAN 12 PM 3: 33

RECEIVED
STATE OF TENNESSEE

rev. 09/01/2018

EFILED 02/17/22 10:10 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

COPY

EFILED 01/07/22 03:28 PM CASE NO. 21C1442 Richard R. Rooker, Clerk



RICHARD R. ROOKER, CLERK

By: 4m Jansnok          D.C.

 To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 271088

EFILED 02/17/22 10:10 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

rev. 09/01/2018

Case 3:22-cv-00396   Document 1-1   Filed 05/27/22   Page 32 of 42 PageID #: 84

COPY



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

RICHARD R ROOKER
STE 2110
408 2ND AVE N
NASHVILLE, TN 37201-1201

02/11/2022
Case #:**21C1442**
Certified #:**9489009000276343147842**

RE: **DRENNON, VENECIA**

VS:**WATSON, RAQWAN**

Dear Clerk,

     Enclosed are the following papers in the above styled case:

☑ Original Summons

☑ Affidavit and Endorsement

☑ Registered or Certified Return Receipt signed by:

     SEE USPS

☐ Registered or Certified letter returned refused

☐ Registered or Certified letter returned undelivered with notation:

Sincerely,

*Tre Hargett*

Tre Hargett
Secretary of State

EFILED 02/17/22 10:10 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

Enclosures: Original Documents

SS-4210 (Rev. 8/15)

RDA 1003

EFILED 01/07/22 03:28 PM CASE NO. 21C1442 Richard R. Rooker, Clerk

CIRCUIT COURT SUMMONS     NASHVILLE, TENNESSEE

## STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20 TH JUDICIAL DISTRICT

Service ID 271089

Alias Summons

DRENNON, VENECIA

**Plaintiff**

vs.

JACK TRUCKING, LLC.
DAVID DUKE
3101 GLENWOOD AVENUE SUITE 200
RALEIGH, NC 27612

**Defendant**

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
 Secretary of State

*Service ID 271089*

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, 20___, I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the Summons and a copy of the Complaint/Petition in Docket No. 21C1442 to the Defendant, JACK TRUCKING, LLC. . On the _____ day of _____, 20___, I received the return receipt for said registered or certified mail, which had been signed by _____ on the _____ day of _____, 20___. Said return receipt is filed with the original Summons Return and both documents are being sent herewith to the Circuit Court Clerk for filing.

_____

SWORN TO AND SUBSCRIBED BEFORE ME, ON THIS
PERSON

_____ DAY OF _____, 20____.

_____

_____ NOTARY PUBLIC or _____DEPUTY CLERK
MY COMMISSION EXPIRES: _____

PLAINTIFF, PLAINTIFF'S ATTORNEY or OTHER

AUTHORIZED BY STATUTE TO SERVE PROCESS

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Rev. 09/01/2018

COPY



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

D2

## AFFIDAVIT AND ENDORSEMENT

Case #: **21c1442**                                                          03/25/2022

Certified #: **9489009000276343147859**                          SOS Summons #: 11845012

RE: **DRENNON, VENECIA**

VS: **JACK TRUCKING, LLC., DAVID DUKE**

   I, <u>COREY ALMON</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

   That on <u>01/12/2022</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>JACK TRUCKING, LLC. AKA/POE: DAVID DUKE</u> whose address is: <u>3101 GLENWOOD AVENUE, RALEIGH, NC  27612</u>, and that on <u>01/17/2022</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

   I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on <u>03/22/2022</u>, and returned to  <u>DAVIDSON COUNTY - CIRCUIT COURT of NASHVILLE, TN</u> on <u>03/25/2022</u>.

*Tre Hargett*
Tre Hargett
Secretary of State

By: _____

Sworn to and subscribed before me this

23rd day of _March_ , 20 22

_____
Notary Public

My Commission Expires: _____

SS-4201(Rev. 9/15)

DEBORAH S. CHANEY
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF DAVIDSON

RDA 1003

EFILED 03/29/22 09:07 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

COPY

# USPS Tracking®

FAQs >

## Track Another Package ✛

**Tracking Number:** 9489009000276343147859     Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**USPS Tracking Plus® Available** ⌄

# In Transit, Arriving Late

January 28, 2022

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
| --- | --- |

| Return Receipt Electronic | ⌄ |
| --- | --- |

| Tracking History | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

## See Less ⌃

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9489009000276343147859%2C    1/2

EFILED 03/29/22 09:07 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

COPY

CIRCUIT COURT SUMMONS                                                    NASHVILLE, TENNESSEE

Alias Summons

Service ID 271089

STATE OF TENNESSEE
DAVIDSON COUNTY
20 TH JUDICIAL DISTRICT

| | |
|---|---|
| DRENNON, VENECIA | CIVIL ACTION |
| | DOCKET NO. 21C1442 |
| | Method of Service: |
| Plaintiff | Secretary of State |
| vs. | |
| JACK TRUCKING, LLC. | |
| DAVID DUKE | |
| 3101 GLENWOOD AVENUE SUITE 200 | |
| RALEIGH, NC 27612 | |
| Defendant | |

D 2

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

ISSUED: 01/07/2022

By:  _____
Deputy Clerk

2022 JAN 12 PM 3: 32
SECRETARY OF STATE
RECEIVED STATE OF TENNESSEE

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

AARON B. WOODARD, ESQ.
404 JAMES ROBERTSON PARKWAY
SUITE 1712
NASHVILLE, TN 37219

NOTICE TO THE DEFENDANT:
Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

CERTIFICATION

STATE OF TENNESSEE   )
COUNTY OF DAVIDSON  )

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

rev. 09/01/2018

EFILED 01/07/22 03:28 PM CASE NO. 21C1442 Richard R. Rooker, Clerk



RICHARD R. ROOKER, CLERK

By: [signature]     D.C.

 To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 271089

EFILED 03/29/22 09:07 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

rev. 09/01/2018

COPY



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE. 6th FL
Nashville, TN 37243-1102

RICHARD R ROOKER
STE 2110
408 2ND AVE N
NASHVILLE, TN 37201-1201

03/25/2022
Case #:**21c1442**
Certified #:**9489009000276343147859**

RE: **DRENNON, VENECIA**

VS: **JACK TRUCKING, LLC., DAVID DUKE**

Dear Clerk,

      Enclosed are the following papers in the above styled case:

☑ Original Summons

☑ Affidavit and Endorsement

☑ Registered or Certified Return Receipt signed by:

    SEE USPS

☐ Registered or Certified letter returned refused

☐ Registered or Certified letter returned undelivered with notation:

Sincerely,

*Tre Hargett*

Tre Hargett
Secretary of State

Enclosures:  Original Documents

SS-4210 (Rev. 8/15)

RDA 1003

EFILED 03/29/22 09:07 AM CASE NO. 21C1442 Richard R. Rooker, Clerk

COPY

CIRCUIT COURT SUMMONS                                          NASHVILLE, TENNESSEE

Service ID 286239

### STATE OF TENNESSEE
### DAVIDSON COUNTY
### 20ᵀᴴ JUDICIAL DISTRICT

Pluries Summons

DRENNON, VENECIA

                                                    Plaintiff

vs.

JACK TRUCKING, LLC.
C/O REGISTERED AGENT SEON JACK
3569 GAZELLA CIRCLE
FAYETTEVILLE, NC 28303

                                                    Defendant

CIVIL ACTION
DOCKET NO. 21C1442
Method of Service:
  Personal Service

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

                                                    RICHARD R. ROOKER
ISSUED: 03/29/2022                                  Circuit Court Clerk
                                                    Davidson County, Tennessee

                                          By:  [signature]

                                                    _____
                                                    Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

  AARON B. WOODARD, ESQ.
  404 JAMES ROBERTSON PARKWAY
  SUITE 1712
  NASHVILLE, TN 37219

---

**NOTICE TO THE DEFENDANT:**
Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

---

 To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

COPY

EFILED  03/29/22 03:25 PM  CASE NO. 21C1442  Richard R. Rooker, Clerk

CIRCUIT COURT SUMMONS                                                    NASHVILLE, TENNESSEE

STATE OF TENNESSEE
DAVIDSON COUNTY
20 TH JUDICIAL DISTRICT

Pluries Summons

Service ID 286239

DRENNON, VENECIA

                                                                  CIVIL ACTION
                                                                  DOCKET NO. 21C1442
                                                                  Method of Service:
                                                Plaintiff           Personal Service

vs.

JACK TRUCKING, LLC.
C/O REGISTERED AGENT SEON JACK
3569 GAZELLA CIRCLE
FAYETTEVILLE, NC 28303

                                                Defendant

## RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that on the _____day of _____ _____ _____, 20___, I:

_____ served this Summons and Complaint/Petition on _____ in the following manner:
_____

_____ failed to serve this Summons within 90 days after its issuance because _____
_____

_____
                                                Sheriff/Process Server

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Rev. 09/01/2018

Service ID 286239

COPY

# PROOF OF SERVICE

| State: | TENNESSEE |
|---|---|
| Court: | IN THE CIRCUIT COURT, 20TH JUDICIAL DISTRICT |
| County: | DAVIDSON |
| Plaintiff/ Petitioner: | DRENNON, VENECIA |
| Defendant/ Respondent: | JACK TRUCKING, LLC |
| Case Number: | -- |
| Index/Docket Number: | 21C1442 |

I, Antonio Sturgis, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I served Jack Trucking, LLC, c/o Seon Jack, Registered Agent the Summons, Complaint, and Request for Production of Documents, Interrogatories to the Defendant, Jack Trucking LLC as follows:

| Serve/Non Serve Date: | | 4/29/2022 | Person Served: | Seon Jack |
|---|---|---|---|---|
| Location of Serve: | | Residence | Description: | *(if served)* |
| Manner of Service: | | Corporate | Age | 50-54 |
| Street Address: | 6400 Starbrook Drive, Apt. 6 | | Hair Color | Bald |
| | Fayetteville, NC 28304 | | Sex | Male |
| | | | Race | Black or African American |
| | | | Height | 5'9"-6'0" |
| | | | Weight | 220-240 lbs |
| | | | Marital Status | Single |
| | | | Military Status | No |
| | | | Military Branch | |
| | | | Active in Military? | |
| | | | Other notable details | NA |

| Process Server: | *Antonio Sturgis* | | |
|---|---|---|---|
| **Attempt Date** | **Attempt Time** | **Served?** | **Comments (home/vehicle description, talked to neighbors etc.)** |
| 4/21/2022 | 1:08 PM | No | Spoke with neighbor who didn't want to be identified said he has not seen anyone at this apartment in a week. He says when they do come they only stay for a couple of minutes and they leave again. |
| 4/29/2022 | 7:45 AM | Yes | Served Seon Jack all the documents and verified that it was him. |
| | | | |
| | | | |
| | | | |

Signature of Process Server _____    Date April 30 2022

Sworn and subscribed before me this 30th day of April, in the year of 2022, by Antonio Sturgis

( ) Personally known or

( ) Produced Drivers License, identification number 5059049

State of NC   County of Cumberland   Signature of Notary Public _____

Cumberland County, NC
My Commission Expires: 28 OCT 2023

EFILED  05/02/22 01:46 PM  CASE NO. 21C1442  Richard R. Rooker, Clerk